AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF COLUMBIA

Richardson, James N.
DCDC NO. 209-407
1901 D St, SE
Washington D.C.

_____
Petitioner

v.

William J. Smith, Warden DC Jail
U.S. Parole Commission, ET AL

_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

**FILED**
MAR 11 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:15-cv-00351
Assigned To : Howell, Beryl A.
Assign. Date : 3/11/2015
Description: Habeas Corpus (G)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: James Nathaniel Richardson
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: DC Jail
   (b) Address: 1901 D Street SE, Washington, DC 20003-2534
   (c) Your identification number: 209-407
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
   U.S. Parole Commission
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: DC Superior Court, 500 Indiana Ave NW, Washington, DC
   (b) Docket number of criminal case: 1992-FEL-5793
   (c) Date of sentencing: 03/22/1993
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

RECEIVED
Mail Room
FEB - 9 2015
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other (explain): VIOLATION OF MY DUE PROCESS RIGHTS PERTAINING TO A PAROLE REVOCATION HEARING

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: U.S. PAROLE COMMISSION 90 K STREET NE, WASHINGTON, DC
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): U.S. PAROLE COMMISSION FAILED TO HOLD A REVOCATION HEARING IN A TIMELY MANNER AFTER WARRANT WAS EXECUTED 12/22/2014
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: DC DEPARTMENT OF CORRECTIONS
       
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: WARRANT EXECUTED
       (5) Date of result: 12/22/2014
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes        ☐ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☐ No

        If "Yes," provide:
        (1) Name of court: N/A
        (2) Case number: _____
        (3) Date of filing: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ☐ Yes        ☐ No

        If "Yes," provide:
        (1) Name of court: N/A
        (2) Case number: _____
        (3) Date of filing: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes             ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: __N/A_____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes             ☐ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes             ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

12. **Other appeals**

  Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

  ☐ Yes      ☒ No

  If "Yes," provide:
  (a) Kind of petition, motion, or application:   N/A
  (b) Name of the authority, agency, or court: _____

  (c) Date of filing: _____
  (d) Docket number, case number, or opinion number: _____
  (e) Result: _____
  (f) Date of result: _____
  (g) Issues raised: _____

_____
_____
_____
_____
_____
_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: U.S. PAROLE COMMISSION FAILED TO HOLD A PROBABLE CAUSE HEARING WITHIN 5 DAYS OF EXECUTION OF THE PAROLE VIOLATION WARRANT. ~~this prove~~

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE PAROLE VIOLATION WARRANT WAS EXECUTED ON 12/22/2014. I SHOULD HAVE BEEN GIVEN A PROBABLE CAUSE HEARING WITHIN 5 DAYS OF THE WARRANT BEING EXECUTED

(b) Did you present Ground One in all appeals that were available to you?   N/A
☐ Yes        ☐ No

GROUND TWO: FAILURE TO HOLD REVOCATION HEARING

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
APPROXIMATELY 45 DAYS HAS ELAPSED SINCE THE PAROLE VIOLATION WARRANT WAS EXECUTED. I HAVE NOT HAD A REVOCATION HEARING NOR HAVE I BEEN NOTIFIED WHEN I WILL BE GIVEN A HEARING.

(b) Did you present Ground Two in all appeals that were available to you?   N/A
☐ Yes        ☐ No

GROUND THREE: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: ORDER THE U.S. PAROLE COMMISSION TO TERMINATE REVOCATION PROCEEDINGS AGAINST ME AND RE-INSTATE ME TO PAROLE

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____2-5-15_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-5-15         *James R. Richardson*
                        *Signature of Petitioner*

                        _____
                        *Signature of Attorney or other authorized person, if any*



**TO:**      Richardson, James
             DCDC 209407
             Northeast 3 cell 10

**FROM:**    Gwendolyn Holden
             Back-Up Inmate Grievance Coordinator

**DATE:**    **December 22, 2014**

**SUBJECT:** Inmate Grievance

---

Mr. Richardson, in response to grievance dated December 18, 2014. You have a Parole detainer that was placed against you from the U.S. Parole Commission. On Monday December 22, 2014.The U.S. Marshall Service executed you to the District Court Cell block to have this warrant executed.

Should you have any more concerns please contact the Parole Board.

glh
cc: inmate file

District of Columbia  
Department of Corrections  
IGP Form 1

Warden's Request For Administrative Remedy

PS 4030.1  
Attachment B

# GRIEVANCE

Type or use ballpoint pen. If additional space is needed, attach an original and three copies.

From: Richardson James N          209-407          10 NE-3          DC Jail
      LAST NAME, FIRST NAME, MIDDLE INITIAL    DCDC No.    CELL/BLOCK No.    FACILITY

**PART A - INMATE REQUEST** I am demanding that the unexecuted warrant case NO. CSCSA 133465 be dismissed with prejudice. Note: That even though No warrant is showing up on me: After the dismissal of my case in court: Delay is prejudice: US Constitution Article IV Section 3 Clause 2 Violation of United States of America Constitution. I am demanding that All agencies, US District Court, U.S. Marshals services, U.S. Parole Board, CSOSA, D.C. Police Department, D.C. Superior Court, ext. dismiss with prejudice All Warrants and False A: Misleading information against me with prejudice having to do with All delayed Warrants and charges. I here in swear under Title 28 U.S.C § 1746 perjury And the Mail Box Rule that I mailed this demand to Warden (William J. Smith) by North East-3 Mail Box this day DEC-18-2014. I here in ask my immediate release papers certified and signed in this matter and I demand my immediate release. Haines V. Kerner, 404 U.S. 519 (1972) Prose U.S.C § 1746, U.S. Constitution Article IV Section 3 Clause 2. Signed: James N. Richardson, 209-407 C3417-001

DEC-18-2014  
DATE

James N Richardson  
SIGNATURE OF INMATE/OFFENDER

**PART B - RESPONSE**

DATE    IGP No.    COMPLIANT TYPE CODE    SIGNATURE OF WARDEN/ADMINISTRATOR

Original - Inmate/Offender  
Copy Warden  
Copy Inmate/Offender File